UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00737(JCH) |
| | : | |
| $1,243,440.00 IN UNITED STATES CURRENCY, FROM ACCOUNT NUMBER 943-335-1624, HELD IN THE NAME OF THE LAW OFFICE OF TIMOTHY C. SPAYNE, LLC, AT FLEET BANK, NORWICH, CONNECTICUT. | : : : : : : : : | |
| | : | |
| Defendants. | : | October 30, 2003 |
| | : | |
| [CLAIMANTS TIMOTHY C. SPAYNE and TIMOTHY C. SPAYNE, L.L.C.] | : : | |

## STATUS REPORT

The undersigned Assistant U.S. Attorney respectfully submits this status report pursuant to the Court's order of July 31, 2003. That order stayed the instant civil forfeiture case pending the disposition of the related criminal case, <u>United States v. Timothy C. Spayne</u>, Case No. 3:03CR51(CFD).

On August 22, 2003, in the related criminal case, Judge Droney granted in part defendant Spayne's motion for an enlargement of time, and ordered defendant to file pretrial motions by December 19, 2003, with the government's responses due by January 9, 2004. Judge Droney set jury selection for January 15, 2004.

Counsel for defendant Spayne in the related criminal case, Richard Egbert, Esq., who also represents claimant Spayne in this civil forfeiture action, recently indicated to the

undersigned that he intends to move in the near future for a further extension of time before Judge Droney in the related criminal case.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


By: _____/s/_____
    RICHARD M. MOLOT
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. CT21676
    157 Church Street
    New Haven, Connecticut 06510
    (203) 821-3792

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a true and correct copy of the Status Report was served by first-class mail, this 30th day of October, 2003, on:

> Richard Egbert, Esq.
> 99 Summer Street
> Suite 1800
> Boston, MA 02110

/s/
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY