UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00737(JCH) |
| | : | |
| $1,243,440.00 IN UNITED STATES CURRENCY, FROM ACCOUNT NUMBER 943-335-1624, HELD IN THE NAME OF THE LAW OFFICE OF TIMOTHY C. SPAYNE, LLC, AT FLEET BANK, NORWICH, CONNECTICUT. | : : : : : : : | |
| | : | |
| Defendants. | : | January 7, 2005 |
| | : | |
| [CLAIMANTS TIMOTHY C. SPAYNE and TIMOTHY C. SPAYNE, L.L.C.] | : : | |

MOTION ON CONSENT TO APPROVE STIPULATED AGREEMENT

NOW COMES plaintiff, the United States of America, with the consent of the claimants, and files this motion to approve the parties Stipulated Agreement in this forfeiture action. In support of this motion, the United States respectfully submits the following:

1. On or about February 27, 2003, in the case of United States v. Timothy C. Spayne, Case No. 3:00CR51(CFD), a federal grand jury in this district returned a 29 count indictment against Timothy C. Spayne ("Spayne"), charging him with billing fraud and tax fraud.

2. On the same day as the indictment, February 27, 2003, the United States also filed an affidavit and application for a civil seizure warrant, asking the Court to seize and restrain the defendants in rem pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 18 U.S.C. § 981(b). The Court issued the seizure warrant on February 27, 2003, and the account was seized and restrained on that same day.

3. On April 25, 2003, the United States filed the verified complaint in rem in the instant civil forfeiture action.

4. Thereafter, the United States filed, on consent, a motion to stay this civil forfeiture case pending the conclusion of the related criminal case. The Court granted the stay motion on or about July 31, 2003.

5. On March 15, 2004, the United States filed a False Claims Act action, United States v. Timothy C. Spayne, et al., 3:04CV441 (JCH) (the "False Claims Act action").

6. Because of Spayne's medical condition, the criminal case referenced above is currently on hold.

7. The parties have now agreed to resolve both this forfeiture action and the related False Claims Act action.

8. Filed concurrently with this motion is the parties' Stipulated Agreement, signed by all parties, resolving this forfeiture action. Attached as Exhibit A to the Stipulated Agreement is the Settlement Agreement in the False Claims Act action, also signed by all parties, resolving the False Claims Act action. Attached as Exhibit B to the Stipulated Agreement, is a proposed Order, which directs the U.S. Marshals to disburse the funds seized in this action according to the parties' agreements.

WHEREFORE, the United States, with the consent of the claimants, respectfully requests that the Court enter the proposed order filed herewith.

                                          Respectfully submitted,

                                          KEVIN J. O'CONNOR
                                          UNITED STATES ATTORNEY

By: _____
       RICHARD M. MOLOT
       ASSISTANT U.S. ATTORNEY
       Federal Bar No. CT21676
       157 Church Street
       New Haven, Connecticut 06510
       (203) 821-3792

CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the Motion On Consent to Approve Stipulated Agreement, was served by first-class mail, this 7th day of January, 2005, on:

>Richard Egbert, Esq.
>99 Summer Street
>Suite 1800
>Boston, MA 02110

_____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY