UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV737(JCH) |
| | : | |
| $1,243,440.00 IN UNITED STATES | : | |
| CURRENCY, FROM ACCOUNT | : | |
| NUMBER 943-335-1624, HELD IN | : | |
| THE NAME OF THE LAW OFFICE OF | : | |
| TIMOTHY C. SPAYNE, LLC, AT | : | |
| FLEET BANK, NORWICH, | : | |
| CONNECTICUT, | : | |
| Defendants. | | |
| | : | |
| [CLAIMANTS TIMOTHY C. SPAYNE | : | |
| and LAW OFFICES OF | : | |
| TIMOTHY C. SPAYNE, L.L.C.] | : | |

STIPULATED AGREEMENT

It is hereby stipulated by and between the Plaintiff, United States of America ("United

States"), and the claimants, Timothy C. Spayne and Law Offices of Timothy C. Spayne, LLC

("Claimants"), by and through their respective attorneys, as follows:

1. The parties do hereby agree to resolve the above-entitled action, upon the terms

indicated below.

2. This action is hereby resolved pursuant to the terms of the Settlement Agreement in

the related False Claims Act action, United States v. Timothy C. Spayne, et al., 3:04CV441(JCH)

(the "False Claims Act action"), which is attached hereto as Exhibit A and incorporated by

reference herein. Pursuant to the terms of the Settlement Agreement in the False Claims Act

action, the parties agree that the $1,243,440.00 seized in this action and currently held by the

U.S. Marshals Service in the Seized Asset Deposit Fund, shall not be forfeited, but shall be

disbursed by the U.S. Marshals Service, as set forth below.  Pursuant to the terms of the proposed

order attached hereto as Exhibit B and the terms of the Settlement Agreement in the False Claims

Act action, the $1,243,440.00 shall be disbursed by the U.S. Marshals Service as follows: (a).

One Million Dollars ($1,000,000.00), plus any accrued interest, will be paid by U.S. Treasury

check, made payable to the United States Department of Justice, and delivered to the U.S.

Attorney's Office, District of Connecticut, 157 Church Street, 23rd Floor, New Haven,

Connecticut 06510, attention: Financial Litigation Unit, Joyce Seraphin.  This $1,000,000.00,

plus any accrued interest, will satisfy the Settlement Amount in the False Claims Act action; and

(b).  The remaining Two Hundred Forty-Three Thousand Four Hundred Forty Dollars

($243,440.00) will be paid by U.S. Treasury check, made payable to the IRS, and delivered to the

IRS, JFK Federal Building, P.O. Box 9112, STOP 41225, Boston, MA, 02203, attn: William

Noonan, as a partial advance payment of Timothy C. Spayne's potential tax liability for the tax

years 1999 and 2000.  The IRS will apply the $243,440.00 as an advance payment of tax as

follows: $63,294.40 to tax year 1999 and $180,145.60 to tax year 2000.

      3.  The Claimants agree to release and to hold the United States, its agencies, agents and

employees harmless from any claims whatsoever in connection with:  (a) the seizure and/or

detention of the above-listed monetary assets covered by this agreement; (b) the commencement

of the above-captioned civil forfeiture action; and (c) the dismissal of the above-captioned civil

forfeiture action, pursuant to this agreement.  The Claimants also understand and agree that by

virtue of entering into this agreement, Claimants waive any rights or cause of action to claim that

claimants are a "substantially prevailing party" for the purpose of recovery of attorney's fees and

other litigation costs in the above-captioned civil forfeiture action, pursuant to 28 U.S.C. § 2465(b)(1).

4. The Claimants know of no other person or entity with an interest in or claim to the Defendants In Rem.

5. Within ten (10) business days of all parties signing this agreement and the Settlement Agreement attached hereto as Exhibit A, the Government will file a motion on consent with the Court seeking the Court's approval of the proposed order attached hereto as Exhibit B.

6. Within ten (10) business days of the receipt of the funds disbursed by the U.S. Marshals service pursuant to this agreement, the United States will file a stipulation of dismissal of this forfeiture action, with prejudice, each party to bear its own costs, signed by all parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

1/7/05
DATE

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct21676

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

1/6/05
DATE

RICHARD M. EGBERT, ESQ.
COUNSEL FOR CLAIMANTS TIMOTHY
C. SPAYNE AND LAW OFFICES OF
TIMOTHY C. SPAYNE, LLC

3

99 SUMMER STREET
SUITE 1800
BOSTON, MA 02110
(617) 373-8222
FEDERAL BAR NO. 24625

_12/29/04_
DATE

TIMOTHY C. SPAYNE, ESQ.
CLAIMANT

_2/29/04_
DATE

TIMOTHY C. SPAYNE, ESQ.
FOR LAW OFFICES OF TIMOTHY C.
SPAYNE LLC
CLAIMANT

4

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Stipulated Agreement has been

mailed, postage prepaid, on this 7th day of January, 2005, to:


RICHARD M. EGBERT, ESQ
99 SUMMER STREET
SUITE 1800
BOSTON, MA 02110

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct21676

5