EXHIBIT B
[PROPOSED ORDER]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>   :  <br> Plaintiff,  :  <br>   :  <br> v.  :   Civil No. 3:03CV00737(JCH) <br>   :  <br> $1,243,440.00 IN UNITED STATES  :  <br> CURRENCY, FROM ACCOUNT  :  <br> NUMBER 943-335-1624, HELD IN  :  <br> THE NAME OF THE LAW OFFICE OF  :  <br> TIMOTHY C. SPAYNE, LLC, AT  :  <br> FLEET BANK, NORWICH,  :  <br> CONNECTICUT.  :  <br>   :  <br> Defendants.  :  <br>   :  <br> [CLAIMANTS TIMOTHY C. SPAYNE  :  <br> and TIMOTHY C. SPAYNE, L.L.C.]  :  | |

ORDER

Having reviewed and considered the Government's motion, on consent, for approval of the Stipulated Agreement settling this forfeiture action and the related civil action, United States v. Timothy C. Spayne, et al., 3:04CV441(JCH) (the "False Claims Act action"), it is hereby ORDERED:

1. that the $1,243,440.00 seized in this action and currently held by the U.S. Marshals Service in the Seized Asset Deposit Fund, shall not be forfeited, but shall be disbursed by the U.S. Marshals Service as follows: (a). One Million Dollars ($1,000,000.00), plus any accrued interest, by U.S. Treasury check, made payable to the United States Department of Justice, and delivered to the U.S. Attorney's Office, District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510, attention: Financial Litigation Unit, Joyce Seraphin. This $1,000,000.00, plus any accrued interest, will satisfy the Settlement Amount in the False Claims

Act action; and (b). The remaining Two Hundred Forty-Three Thousand Four Hundred Forty Dollars ($243,440.00) by U.S. Treasury check, made payable to the IRS, and delivered to the IRS, JFK Federal Building, P.O. Box 9112, STOP 41225, Boston, MA, 02203, attn: William Noonan, as a partial advance payment of Timothy C. Spayne's potential tax liability for the tax years 1999 and 2000. The IRS will apply the $243,440.00 as an advance payment of tax as follows: $63,294.40 to tax year 1999 and $180,145.60 to tax year 2000.

    2. that the Government shall promptly serve a copy of this Order on the U.S. Marshals Service and on the Claimants.

    3. that the U.S. Marshals Service shall make the disbursements ordered in Paragraph 1 above, within ten (10) business days of receiving a copy of this Order.

    DATED:

                                                            _____
                                                            Honorable Janet C. Hall
                                                           United States District Judge

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the attached proposed Order, was served by first-class mail, this 7th day of January, 2005, on:

>Richard Egbert, Esq.
>99 Summer Street
>Suite 1800
>Boston, MA 02110

_____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY