UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00737(JCH) |
| | : | |
| $1,243,440.00 IN UNITED STATES CURRENCY, FROM ACCOUNT NUMBER 943-335-1624, HELD IN THE NAME OF THE LAW OFFICE OF TIMOTHY C. SPAYNE, LLC, AT FLEET BANK, NORWICH, CONNECTICUT. | : : : : : : : : | |
| | : | |
| Defendants. | : | February 2, 2005 |
| | : | |
| [CLAIMANTS TIMOTHY C. SPAYNE and TIMOTHY C. SPAYNE, L.L.C.] | : : | |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, United States of America, and Claimants, Timothy C. Spayne and Law Offices of Timothy C. Spayne, LLC, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, pursuant to the Stipulated Agreement between the parties, dated January 7, 2005, and

each party will bear its own fees, including attorney's fees, costs and expenses, including litigation expenses.

                                              Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____/s/_____1/31/05\_\_\_\_\_
RICHARD M. MOLOT                                   DATE
ASSISTANT U.S. ATTORNEY
COUNSEL FOR PLAINTIFF
157 CHURCH ST.
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR NO. ct21676


_____/s/_____1/5/05_____
RICHARD M. EGBERT, ESQ                             DATE
COUNSEL FOR TIMOTHY C. SPAYNE
AND LAW OFFICES OF TIMOTHY
C. SPAYNE, LLC
99 SUMMER STREET
SUITE 1800
BOSTON, MA 02110
(617) 373-8222
FEDERAL BAR NO.  24625

CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the Stipulation of Dismissal with Prejudice, was served by first-class mail, this 2nd day of February, 2005, on:

> Richard Egbert, Esq.
> 99 Summer Street
> Suite 1800
> Boston, MA 02110

                                                /s/
                                      RICHARD M. MOLOT
                                      ASSISTANT U.S. ATTORNEY